UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DISNEY ENTERPRISES, INC., a Delaware )
corporation; and COLUMBIA PICTURES )
INDUSTRIES, INC., a Delaware corporation, )
)
Plaintiffs, )
)
v. )
) Case No. 05-30174-MAP
DOES 1 - 2, )
)
Defendants. )
)

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

DISNEY ENTERPRISES, INC. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded United States company.

COLUMBIA PICTURES INDUSTRIES, INC. is an indirectly wholly owned subsidiary of Sony Pictures Entertainment Inc. Sony Pictures Entertainment Inc. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

Respectfully submitted,

Dated: July 28, 2005

Arthur F. Dionne (BBO # 125,760)
J. Kevin Grogan (BBO # 635,089)
McCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, MA 01103
Tel. (413) 736-5401
Fax (413) 733-4543

*Attorneys for Plaintiffs*