UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation; and COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>DOES 1 - 2,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  3:05-cv-30174-MAP<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss all of the defendants from the above-captioned action **with prejudice**, each side to bear its own costs and attorneys' fees.

Dated: _Sept. 25, 2006_

Respectfully submitted,

_____
Arthur F. Dionne (BBO # 125,760)
J. Kevin Grogan (BBO # 635,089)
McCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, MA 01103
Tel. (413) 736-5401
Fax (413) 733-4543

*Attorneys for Plaintiffs*